# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−12949−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tara Riddler
   aka Tara Morris, aka Tara J Riddler
   1 Woodland Dr
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−7555

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       4/18/19
Time:       02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Seymour Wasserstrum, attorney

COMMISSION OR FEES
Fee: $1190.00

EXPENSES
$0.00.

Creditors may be heard before the applications are determined.

   An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: March 13, 2019
JAN: lgr

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-12949-JNP
Tara Riddler                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Mar 13, 2019
                              Form ID: 137             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2019.

```
db          +Tara Riddler,    1 Woodland Dr,    Bridgeton, NJ 08302-2504
cr          +City of Bridgeton,    c/o Bertram Law Office, L.L.C.,    56 Fayette Street,
             Bridgeton, NJ 08302-2425
cr          +Finance of America East, LLC,    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway,   Suite 407,
             Cherry Hill, NJ 08034-1925
lm          +Loancare,   3637 Sentara Way,    Viriginia Beach, VA 23452-4262
517333975    Bjs,   PO Box 15153,    Wilimington, DE 19886-5153
517333976   +Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
517333977   +City Of Bridgeton,    181 East Commerce Street,    Office Of Tax Collector,
             Bridgeton, NJ 08302-2623
517333979   +Conserve,    200 Cross Keys Office Park,    Fairport, NY 14450-3510
517333980   +Cumberland Christian School,    1100 W. Sherman Ave,    Vineland, NJ 08360-6995
517446834   +ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
517469951   +Finance of America East,    c/o LoanCare, LLC,    3637 Sentara Way,
             Virginia Beach, VA 23452-4262
517333981    Gumps Electric,    661 North Orchard Rd,    Vineland, NJ 08360
517378106   +HESAA,    Higher Education Student Assistance Auth,    PO Box 548,    Trenton, NJ 08625-0548
517333982   +Higher Education Student Assistance,    PO Box 546,    4 Quakerbridge Plaza,
             Trenton, NJ 08619-1241
517333983    Inspira Health,    P.O. Box 48274,    Newark, NJ 07101-8474
517333987   +LoanCare Servicing Center,    P.O. Box 8068,    Virginia Beach, VA 23450-8068
517780867   +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
             Oklahoma City, OK 73118-6051
517780868   +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
             Oklahoma City, OK 73118-6077,    MidFirst Bank,    Bankruptcy Department 73118-6051
517969741   +MidFirst Bank,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
             Westmont, NJ 08108-2812
517333989    Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
             Trenton, NJ 08625-0112
517333993   +Rancocas Anestgesiology,    PO Box 464,    Rutherford, NJ 07070-0471
517333995   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State Of New Jersey,    P.O. Box 245,
             Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517333996   +Stern & Eisenberg, PC,    1040 N. Kings Highway, Suite 407,    Cherry Hill, NJ 08034-1925
517333997    The Home Depot,    PO Box 689100,    Des Moines, IA 50368-9100
517333998    Us Deparment Of Education,    P.O. Box 4169,    National Payment Center,
             Greenville, TX 75403-4169
517333999    Vineland Electric,    640 E Wood St,    Vineland, NJ 08360-3722
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2019 23:57:42     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2019 23:57:39     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517333978    E-mail/Text: documentfiling@lciinc.com Mar 13 2019 23:56:37     Comcast,   PO Box 3006,
             Southeastern, PA 19398-3006
517333984    E-mail/Text: cio.bncmail@irs.gov Mar 13 2019 23:57:04     Internal Revenue Service,
             P.O. Box 744,    Special Procedure Branch,    Springfield, NJ 07081
517333988    E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 00:04:33     Lowes,    PO Box 530914,
             Atlanta, GA 30353-0914
517333991    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2019 00:22:03
             Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
517467687    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2019 00:04:43
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
517357239    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2019 00:03:45
             Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,   POB 41067,
             Norfolk VA 23541
517333990    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 13 2019 23:57:28     Peebles,    P.O. Box 659465,
             San Antonio, TX 78265-9465
517342638    E-mail/Text: bnc-quantum@quantum3group.com Mar 13 2019 23:57:33
             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517333994   +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 14 2019 00:03:46     Regional Acceptance Corp,
             P O Box 580306,    Charlotte, NC 28258-0306
517347070    E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 14 2019 00:03:46     Regional Acceptance Corporation,
             PO Box 1847,    Wilson, NC 27894-1847
517335346   +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 00:04:33     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 13
```

```
District/off: 0312-1           User: admin                Page 2 of 2                   Date Rcvd: Mar 13, 2019
                               Form ID: 137               Total Noticed: 39

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517333985*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    PO Box 724,   Springfield, NJ 07081)
517333986*       +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517333992*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502)
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Rebecca J. Bertram    on behalf of Creditor    City of Bridgeton rebeccajbertram@gmail.com
              Seymour Wasserstrum    on behalf of Debtor Tara  Riddler mylawyer7@aol.com, ecf@seymourlaw.net
              Steven P. Kelly    on behalf of Creditor    Finance of America East, LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```