Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–12949–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tara Riddler
  aka Tara Morris, aka Tara J Riddler
  1 Woodland Dr
  Bridgeton, NJ 08302

Social Security No.:
  xxx–xx–7555

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           May 26, 2020
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*80* – Certification in Opposition to (related document:79 Creditor's Certification of Default (related document:65 Motion for Relief from Stay re: 1673 Summit Lake Road, Clarks Summit, Pa. 18411. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 69 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 05/1/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Seymour Wasserstrum on behalf of Tara Riddler. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.


Dated: May 4, 2020
JAN: lgr

                                                    Jeanne Naughton
                                                    Clerk