Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 18–12949–JNP
                    Chapter:  13
                    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tara Riddler
   aka Tara Morris, aka Tara J Riddler
   1 Woodland Dr
   Bridgeton, NJ 08302

Social Security No.:
   xxx–xx–7555

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                 September 29, 2020
Time:                11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*90* – Certification in Opposition to (related document:89 Creditor's Certification of Default (related document:65 Motion for Relief from Stay re: 1673 Summit Lake Road, Clarks Summit, Pa. 18411. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 69 Order on Motion For Relief From Stay, 79 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 84 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 09/1/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise) Modified on 8/18/2020 TO REFLECT ALL DOCUMENTS FILED HAS ONE PDF(lgr). filed by Creditor MIDFIRST BANK) filed by Seymour Wasserstrum on behalf of Tara Riddler. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: September 2, 2020
JAN: lgr

                                                                     Jeanne Naughton
                                                                     Clerk