Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–12949–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tara Riddler
aka Tara Morris, aka Tara J Riddler
1 Woodland Dr
Bridgeton, NJ 08302

Social Security No.:
xxx–xx–7555

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:　　　　　　　June 8, 2021
Time:　　　　　　　11:00 AM
Location:　　　　　4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*100* – Certification in Opposition to (related document:99 Creditor's Certification of Default (related document:65 Motion for Relief from Stay re: 1673 Summit Lake Road, Clarks Summit, Pa. 18411. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 89 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 94 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 05/12/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Cory Francis Woerner on behalf of Tara Riddler. (Woerner, Cory)

and transact such other business as may properly come before the meeting.


Dated: May 13, 2021
JAN: eag

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk