Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−12949−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tara Riddler
   aka Tara Morris, aka Tara J Riddler
   1 Woodland Dr
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−7555

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/31/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 31, 2021
JAN: kvr

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-12949-JNP |
| Tara Riddler | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 31, 2021 | Form ID: 148 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tara Riddler, 1 Woodland Dr, Bridgeton, NJ 08302-2504 |
| cr | + | City of Bridgeton, c/o Bertram Law Office, L.L.C., 56 Fayette Street, Bridgeton, NJ 08302-2425 |
| cr | + | Finance of America East, LLC, c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| lm | + | Loancare, 3637 Sentara Way, Viriginia Beach, VA 23452-4262 |
| 517333975 | | Bjs, PO Box 15153, Wilimington, DE 19886-5153 |
| 517333977 | + | City Of Bridgeton, 181 East Commerce Street, Office Of Tax Collector, Bridgeton, NJ 08302-2623 |
| 517333979 | + | Conserve, 200 Cross Keys Office Park, Fairport, NY 14450-3510 |
| 517333980 | + | Cumberland Christian School, 1100 W. Sherman Ave, Vineland, NJ 08360-6995 |
| 517469951 | + | Finance of America East, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517333981 | | Gumps Electric, 661 North Orchard Rd, Vineland, NJ 08360 |
| 517378106 | + | HESAA, Higher Education Student Assistance Auth, PO Box 548, Trenton, NJ 08625-0548 |
| 517333982 | + | Higher Education Student Assistance, PO Box 546, 4 Quakerbridge Plaza, Trenton, NJ 08619-1241 |
| 517333983 | | Inspira Health, P.O. Box 48274, Newark, NJ 07101-8474 |
| 519015266 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 519015267 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 517333987 | + | LoanCare Servicing Center, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 517969741 | + | MidFirst Bank, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517333989 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 517333993 | + | Rancocas Anestgesiology, PO Box 464, Rutherford, NJ 07070-0471 |
| 517333995 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 517333996 | + | Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 517333997 | | The Home Depot, PO Box 689100, Des Moines, IA 50368-9100 |
| 517333998 | | Us Deparment Of Education, P.O. Box 4169, National Payment Center, Greenville, TX 75403-4169 |
| 517333999 | | Vineland Electric, 640 E Wood St, Vineland, NJ 08360-3722 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 31 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 31 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517333978 | | EDI: COMCASTCBLCENT | Sep 01 2021 00:23:00 | Comcast, PO Box 3006, Southeastern, PA 19398-3006 |
| 517446834 | + | EDI: ECMC.COM | Sep 01 2021 00:23:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517333984 | | EDI: IRS.COM | Sep 01 2021 00:23:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 517333976 | | EDI: JPMORGANCHASE | Sep 01 2021 00:23:00 | Chase Bank, PO Box 15153, Wilmington, DE 19886 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 517333988 | | EDI: RMSC.COM | Sep 01 2021 00:23:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 517780868 | + | EDI: AISMIDFIRST | Sep 01 2021 00:23:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 517780867 | + | EDI: AISMIDFIRST | Sep 01 2021 00:23:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517333991 | | EDI: PRA.COM | Sep 01 2021 00:23:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 517467687 | | EDI: PRA.COM | Sep 01 2021 00:23:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517357239 | | EDI: PRA.COM | Sep 01 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517333990 | | EDI: WFNNB.COM | Sep 01 2021 00:23:00 | Peebles, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 517342638 | | EDI: Q3G.COM | Sep 01 2021 00:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517333994 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 31 2021 20:24:56 | Regional Acceptance Corp, P O Box 580306, Charlotte, NC 28258-0306 |
| 517347070 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 31 2021 20:24:56 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 517335346 | + | EDI: RMSC.COM | Sep 01 2021 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517333985 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 724, Springfield, NJ 07081 |
| 517333986 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517333992 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2021   Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Rebecca J. Bertram | on behalf of Creditor City of Bridgeton rebeccajbertram@gmail.com |
| Seymour Wasserstrum | on behalf of Debtor Tara Riddler mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Steven P. Kelly | on behalf of Creditor Finance of America East  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8